# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                    CRIMINAL NO. 2003-10383-RGS-O2
                                                                       -03

DOMINGO VEGA,
JOSE RAFAEL SANTIAGO,
       Defendants.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

      The Court orders the following period of time excludable from the time period within which trial must commence:

      2/25 - 3/15/2004 - Filing to ruling on Motion #22.

      3/18/2004 - Conference held.

      3/19 - 5/3/2004 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

      Thus, as of May 3, 2004, NINETEEN (19) non-excludable days have occurred leaving FIFTY-ONE (51) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

                              /s/ Robert B. Collings
                              ROBERT B. COLLINGS
March 18, 2004.               United States Magistrate Judge