UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.                                              ) | CR NO. 03-10383-RGS-RBC |
| ) | |
| JULIO FRANCO, ET AL.,           ) | |
| Defendants        ) | |

## AFFIDAVIT OF DEFENDANT DOMINGO VEGA

Now comes Domingo Vega under oath and deposes and states as follows:

1. I am the defendant in the above-entitled matter.

2. On November 9, 2003 at approximately 10:20 to 10:30 P.M. I was operating a blue 1994 Audi Sedan traveling northbound on Interstate 95 when three state police cruisers surrounded my vehicle causing me to pull over.

3. The Officers immediately pulled me out of the car, as well as my passenger and declared that the car was reported stolen and we were placed in handcuffs.

4. One of the State Troopers asked, "Didn't I pull you over earlier. Are you stealing cars?" When I asked what I was being arrested

for, I was told, "You are not being arrested, just detained. You stole this car."

5. Earlier that same evening at about 9:00 P.M. the State Trooper had stopped me in a different vehicle at which time he took my driver's license and the identification of my passenger, ran his flashlight throughout the car and told us he was giving me a warning for weaving.

6. At no time either during the first or second stop had I broken any traffic rules.

7. Both of the vehicles and my license were in proper order.

8. Neither myself nor my passenger made any furtive movements or gestures nor had we done anything to give the Officers cause to fear for their safety.

9. After the second stop we were thrown to the ground and searched.

10. The police removed several items from my possession which are the subject of this motion.

Signed and sworn to this _2nd_ day of May, 20043.

_____
Domingo Vega

COMMONWEALTH OF MASSACHUSETTS

Plymouth, ss.                                          May 2, 2004

Then personally appeared before me the above-named Domingo Vega and swore that the above statements were true to the best of his knowledge and belief.

_____
Notary Public

My Commission Expires: 3/29/2007