UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                    CRIMINAL NO. 03-10383-RGS

DOMINGO VEGA   and
JOSE RAFAEL SANTIAGO

# NOTICE OF HEARING

**STEARNS, DJ.**                                  **JULY 26, 2004**

A HEARING (NON-EVIDENTIARY) ON THE DEFENDANTS' MOTIONS TO SUPPRESS IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

MONDAY, AUGUST 23, 2004 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                               RICHARD G. STEARNS
                                               UNITED STATES DISTRICT JUDGE

    **BY:**

                       **/s/ Mary H. Johnson**
                          **Deputy Clerk**