April 2, 2007

Mr. Domingo Vega  #24994-038
Low Security Correctional Institution--Allenwood
P.O. Box 1000
White Deer, Pennsylvania  17887-1000

The Honorable Richard G. Stearns, U.S.D.J.
United States District Court for the
  District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts  02210

RE:   United States v. Domingo Vega
      Case No. 1:03Cr10383RGS-2
      Status of 28 U.S.C. § 2255 Petition


Dear Judge Stearns,

    On or about August 9, 2006, I timely filed with this Court a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.  The motion was sent via certified U.S. mail--return receit requested and was received by the Court (as I obtained the return receipt).  In addition to moving formally for the conventional forms of relief, I also took the opportunity therein to request a hearing on the merits of my motion.

    Since that time, however, I have received no communication whatsoever from the Court on this matter.  To the best of my knowledge, the matter has neither been docketed nor assigned a civil proceeding number.  Nor has the Government responded to my motion to date.

    Subsequently, on or about January 29, 2007, I corresponded with the Clerk of the Court in an attempt to determine the status of this matter.  Approximately one month later, on February 26, 2007, I corresponded once more in an effort to follow up on my prior communication regarding the status of this matter.  The latter correspondence was also sent via certified mail; and was received by the Court on March 2, 2007.

    I correspond yet again to respectfully inquire as to the status of my collateral petition.  Specifically, I would like to learn whether 1.) the motion has been docketed; 2.) if so, whether the motion has been assigned a docket number; 3.) whether any amendments or supplements are necessary or required at this time to cure any deficiencies in the initial pleading, and if so, when such must be filed to remedy any such deficiencies; and 4.) whether the Government will be required to respond to my motion, and when.

The Honorable Richard G. Stearns, U.S.D.J.                                Page 2
RE:  United States v. Domingo Vega, Case No. 1:03Cr10383RGS-2
     Status of 28 U.S.C. § 2255 Petition
April 2, 2007

    The cooperation and assistance of the Court in aiding me in determining the status of my post-conviction motion would be greatly appreciated, as would the courtesy of a prompt reply from the Court or the Office of the Clerk regarding this matter.

    Thank you for your time and attention to this matter.

                                          Sincerely yours,

                                          *Domingo Vega*

                                          Domingo Vega  #24994-038
                                          L.S.C.I.--Allenwood


cc:  Office of the Clerk
     file copy