OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
I Courthouse Way - Suite 2300
Fan Pier
Boston, Massachusetts 02210

**Sarah Allison Thornton**
**Clerk**

**Mary H. Johnson**
**Deputy Clerk to the Honorable**
**Richard G. Stearns**
**U. S. District Judge**

April 12, 2007

Mr. Domingo Vega
#24994-038
Low Security Correctional Institution - Allenwood
P. O. Box 1000
White Deer, Pennsylvania   17887

Dear Mr. Vega:

    We are in receipt of your letter to the Court dated April 2, 2007.

    Please be advised as of this date, I am not aware of any 2255 Petition that has been filed by you.   I am sending you a copy of the docket sheet in the criminal case (Cr 03-10383-RGS), which indicates that on 7-26-06 you filed a Motion for Writ of Mandamus, which was denied by the Court on 8-21-06.

Sincerely,

*Mary H. Johnson*
Deputy Clerk