UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 03-Cr-10383-RGS |
| ) | |
| DOMINGO VEGA, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF DEFENDANT'S TERM OF SUPERVISED RELEASE**

The United States has consulted with the United States Probation Office, which has advised that it has no objection to the defendant's request for early termination of supervised release.   The Probation Office successfully transferred Vega to its low-risk supervision caseload in late October 2013, and there have been no subsequent problems with his supervision.   According to the Probation Office, Vega has complied with all terms and requirements of his supervised release term and is an appropriate candidate for early termination.

In light of the Probation Office's position, the United States has no objection to the granting of defendant's motion.

    Respectfully submitted,

    CARMEN M.   ORTIZ
    United States Attorney

By:   /s/ James E. Arnold
    JAMES E. ARNOLD
    Assistant U.S. Attorney
    United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    Tel:   (617) 748-3603

Dated: October 29, 2014.

Certificate of Service

       I hereby certify that the foregoing document and attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and will be sent on this date by United States mail, postage prepaid, to:

Domingo Vega
6 O'Donnell Lane
Dedham, Massachusetts 02026

                                  /s/ James E. Arnold
                                James E. Arnold

Dated: October 29, 2014.